FILED
NOV - 9 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case No. '07 MJ 8918 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., Section 1324(a)(1)(A)(iii) Harboring Illegal Alien and |
| Rodolfo VASQUEZ-Gonzalez, | Title 18, U.S.C., Section 2, Aiding & Abetting |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about November 8, 2007, within the Southern District of California, defendant Rodolfo VASQUEZ-Gonzalez, knowing or in reckless disregard of the fact that an alien, namely, Lizbeth BOJORQUEZ-Salazar, had come to, entered or remained in the United States in violation of law, did conceal, harbor or shield from detection or attempt to conceal, harbor or shield from detection such alien in any place, including any building located at 739 First Street, Apartment A, Calexico, California, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and Title 18, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2, Aiding and Abetting..

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MICHAEL MIKUSKI
SENIOR BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF NOVEMBER 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Rodolfo VASQUEZ-Gonzalez

## STATEMENT OF FACTS

The complainant states that this complaint is based upon statements in the investigative reports by the apprehending officer, Border Patrol Agent J. Arroyo, on November 8, 2007, Rodolfo VASQUEZ-Gonzalez, the defendant, a United States Citizen was apprehended in Calexico, California, as he aided and abetted one illegal alien in violation of law.

At approximately 3:20 a. m., while Agent Arroyo was conducting line watch duties east of the Calexico, California, Port of Entry, observed an individual, later identified as Lizbeth BOJORQUEZ-Salazar, enter illegally through a hole in the International border fence. Agent Arroyo observed as another individual, later identified as Rodolfo VASQUEZ-Gonzalez, verbally and using his hands, signaled BOJORQUEZ to run into Apartment A, 739 First Street, Calexico. Agent Arroyo identified himself as a U. S. Border Patrol Agent and ordered VASQUEZ and BOJORQUEZ to stop. Agent Arroyo was able to apprehend BOJORQUEZ. VASQUEZ ran into Apartment A, 739 First Street, Calexico. Agent Arroyo conducted a field interview with BOJORQUEZ and determined BOJORQUEZ was a native and citizen of Mexico illegally in the United States. BOJORQUEZ was placed under arrested.

Agent Arroyo waited outside Apartment A, 739 First Street, Calexico. After waiting for a short while VASQUEZ came out of the apartment and was placed under arrested.

Record checks revealed VASQUEZ had been arrested for alien numerous times for smuggling and has an extensive criminal history.

Material Witness Lizbeth BOJORQUEZ-Salazar admitted to being in the United States illegally. BOJORQUEZ stated arrangement were made to pay $2,500.00 to a smuggler in Mexicali, Baja California, Mexico, known as "Nengo" for her to be smuggled into the United States. BOJORQUEZ stated she crossed illegally into the United States by crawling through a hole on the border fence. BOJORQUEZ stated that when she arrived at the hole in the fence and "Nengo" pointed out to her where VASQUEZ was standing and told her she should run to VASQUEZ and get inside VASQUEZ's apartment. BOJORQUEZ stated when she was going

thru the hole in the fence, VASQUEZ yelled at her several times to run, also gesturing for her to run towards him and go inside the apartment. BOJORQUEZ was shown a six pack-photo line-up and positively identified VASQUEZ as the smuggler telling her to run into his apartment.

The complainant states that the names of the Material Witnesses are as follows:

| NAME | PLACE OF BIRTH |
|---|---|
| Lizbeth BOJORQUEZ-Salazar | Mexico |

Further, complainant states that Lizbeth BOJORQUEZ-Salazar, is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and that she is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.