AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____SOUTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Vespen

CASE NUMBER: 07cr3301 - JLS

I, _Rodolfo Vespen_ the above named defendant, who is accused of

Rodolfo Vespen

8 USC 1324

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _12/6/07_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

**FILED**
DEC - 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Rodolfo Vespen_
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer