# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA ⸏ILED

08 MAR 26 PM 4:20

SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RODOLFO VASQUEZ-GONZALEZ (1),

Defendant.

CASE NO. 2007CR3301-JLS

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____   the Court has dismissed the case for unnecessary delay; or

____   the Court has granted the motion of the Government for dismissal; or

____   the Court has granted the motion of the defendant for a judgment of acquittal; or

____   a jury has been waived, and the Court has found the defendant not guilty; or

____   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: TRANSPORTATION OF ILLEGAL ALIENS AND AIDING AND ABETTING.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 21, 2008

*Janis L. Sammartino*

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE

ENTERED ON _____