# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER 07cr3301 JLS |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
| Rodolfo Vasquez-Gonzalez | ) | Booking No. _____ |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3·21·08__

the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for _____ years.
- ___ c.c. judgment Court of Appeals (_____ affirming) (_____ reversing) decision of this Court:
  _____ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ✓ Defendant forfeited collateral.
- ✓ Case Dismissed.
- ✓ Defendant to be released to Pretrial Services for electronic monitoring.
- ✓ Other. as to this case only. Indictment Pending in 08CR368

RECEIVED 2008 MAR 28 PM 4:48 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
        Deputy Clerk

Received _____
        DUSM

Crim-9   (Rev 6-95)                            ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY